CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 30 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DONOHUE, | ) | CASE NO. 7:15CV00507 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| HAROLD CLARKE, <u>ET</u> <u>AL.</u>, | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendants.** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and this action is stricken from the active docket of the court.

ENTER: This 30th day of September, 2015.

/s/ Glen E. Conrad
Chief United States District Judge